UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TIBER CREEK PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ELLUME USA LLC, ELLUME LTD CAN 141 767 660, DR. SEAN PARSONS, individually and in his capacity as officer and director of ELLUME USA LLC, and ELLUME LTD CAN 141 767 660, and JOHN DOES 1-10,,<br><br>Defendants. | Civil Action No. 1:23-cv-292(MSN/JFA) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO FILE RESPONSE TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Ellume USA LLC ("Ellume USA") respectfully requests a 5-day extension of time for Ellume USA to answer, plead, or otherwise respond to the Complaint filed by Plaintiff Tiber Creek Partners, LLC ("Tiber Creek"), making Ellume USA's response due April 3, 2023. The requested extension would make Ellume USA's response in this case due on the same date that Ellume USA's response is due in another, related case. Plaintiff does not oppose this motion.

In support of the motion, Ellume USA states as follows:

1. On March 3, 2023, Tiber Creek filed the Complaint in this case against Ellume USA, Ellume Ltd (the Australian parent corporation); Sean Parsons (Ellume Ltd's founder) and 10 unknown persons.

2. In its civil cover sheet, Tiber Creek identified this case as "related to" an earlier case in which Tiber Creek sued Ellume USA, *Tiber Creek Partners, LLC, v. Ellume USA LLC*, Case No. 23-cv-00148 (E.D. Va.) ("*Tiber Creek I*"). Both this case and *Tiber Creek I* have been assigned to Judge Nachmanoff and Magistrate Judge Anderson.

3. In this case, Ellume USA was served on March 8, 2023, making Ellume USA's response to the Complaint due March 29, 2023.

4. In *Tiber Creek I*, Ellume USA's response to the Complaint is due April 3, 2023. *See* Case No. 23-cv-00148 at Dkt. 11 (granting Ellume USA's motion to extend deadlines).

5. Ellume USA expects to file a motion to dismiss all claims filed against it in this case and in *Tiber Creek I*. The requested extension would allow both motions to be filed on the same day.

6. Counsel for Ellume USA conferred with counsel for Tiber Creek, who said that Tiber Creek does not oppose this motion for an extension.

WHEREFORE, Ellume USA respectfully requests that this Court enter the attached proposed order granting Ellume USA an extension of time through April 3, 2023, to respond to the Complaint.

Dated: March 24, 2023

Respectfully submitted,

  /s/ Kendall T. Burchard

Kendall T. Burchard (VSB No. 95710)
Kevin B. Collins (*pro hac vice* pending)
Andrew Soukup (*pro hac vice* pending)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW

Washington, DC 20001-4956
kburchard@cov.com
kcollins@cov.com
asoukup@cov.com
Tel: (202) 662-6000
Fax: (202) 662-6291

*Counsel for Defendant Ellume USA LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Dawn Williams
Faegre Drinker, Biddle & Reath LLP
1500 K Street NW
Washington DC, 20005
Tel: (202) 842-8800
Fax: (202) 842-8465
Email: dawn.williams@faegredrinker.com

*Counsel for Plaintiff Tiber Creek Partners, LLC*

  */s/ Kendall T. Burchard*

Kendall T. Burchard (VSB No. 95710)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
kburchard@cov.com
Tel: (202) 662-6000
Fax: (202) 778-5131

*Counsel for Defendant Ellume USA LLC*